UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE F. CARDINAL, et al., | Civil No.06CV072-BTM(LSP) |
| Plaintiffs, | |
| v. | **ORDER RE: PLAINTIFFS' REQUEST FOR I.A. AND PERSONNEL DOCUMENTS** |
| GREGORY BUCHNOFF, et al., | |
| Defendants. | |

Plaintiffs have requested performance evaluations for Defendants Buchnoff, Nguyen and Mendoza. Plaintiffs also seek Internal Affairs ("I.A.") records for these defendants as well as eight other deputies for review as to whether they contain any complaints, charges or personnel actions for alleged use of improper or excessive force or alleged failure to prevent other deputies' use of improper or alleged force. Lastly, Plaintiffs seek certain portions of the findings and results of the I.A. investigation for the subject incident. The Court has received and reviewed Defendants' performance evaluations and the requested portions of the I.A. files, as well as Defendants' corresponding privilege log and orders as follows:

1. Documents P001 – P003, P055, P057 – P063, P066, P223 – P231, P232 – P235, P682 – P711, P712 – P748, P749 – P787, P788 – P852, P863, P864, & P867 – P868 are protected from disclosure.

//

//

1

2.      Documents P053, P056, P236 – P238, P239, P264 – P318, P319 – P326, P449 – P502, P503, P669, P670, P672, P673 – P681, P712, P865 – P866, P869 – P870, P871, P872, P928 & P929 shall be produced in full.

3.      Documents P004 – P005, P006 – P052, P054, P067 – P070, P071 – P221, P508 – P521, P522 - P544, P853 – P862, P878, P879 – P905, P906, P907 – P927 shall be produced to Plaintiffs in part, subject to Defendants' redaction of names and other identifying information for law enforcement officers, employees, or contracted agents other than Deputies Buchnoff, Nguyen, Mendoza, Ashkar, Clay, Emig, Fiscke, Harvel, Petracheck, Rouse, and Byrne. Defendant shall implement a system to anonymously identify all individuals whose identity is redacted from these documents (e.g. Deputy 1, Deputy 2, etc.)

4.      Defendants may also redact the following portions from Document P006 – P052:
   – All text immediately following the caption "ANALYSIS AND CONCLUSIONS" on P007 and preceding the caption "INVESTIGATION" on P009; and
   – P020 in its entirety.

5.      Defendants may also redact the following portions from Document P071 – P221:
   – All text immediately following the caption "ANALYSIS AND CONCLUSIONS" on P079 through to the conclusion of the report at P082;
   – The last complete sentence on P087; and
   – Documents P216 – P221.

6.      Defendants may also redact the following portions from Document P240 – P262:
   – All text immediately following the caption "ANALYSIS AND CONCLUSIONS" on P240 through to the conclusion of the report at P262.

7.      Defendants may also redact the following portions from Document P873 – P877:
   – All text immediately following the caption "ANALYSIS AND CONCLUSIONS" on P873 through to the conclusion of the report at P877.

//
//
//

8. Defendants shall also redact the names and addresses of all juveniles identified in Documents P853 – P927.

DATED:  August 7, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge